THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL JARED HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. C20-967-RSL<br><br>ORDER GRANTING MOTION TO<br>VACATE THE JUDGMENT |

THIS MATTER comes before the undersigned on the motion of the Defendant, Michael Jared Harris, to vacate his judgment. The Court has considered the motion and records in this case and finds there are compelling reasons to GRANT the motion.

IT IS ORDERED that the Judgment in Michael Jared Harris's case be VACATED.

DONE this 24th day of July, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Michael Jared Harris

ORDER GRANTING MOTION TO VACATE
THE JUDGMENT
(*Michael Jared Harris; v. USA;* C20-967RSL)  - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**